UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, and
the STATE OF MICHIGAN,

                Plaintiffs,                Civil Case No. 20-cv-10656

*ex rels.* TRACI GROSSMAN and SEFI      Honorable Paul D. Borman
GROSSMAN,

                Plaintiffs/Relators,      **FILED UNDER SEAL**

vs.                                    *Consolidated Administratively with*:
                                    *U.S. ex rel. Jerimiah Mason v. Allure*
ALLURE MEDICAL SPA, PLLC, *et al.*,    *Medical Spa, PLLC, et al., Civil*
                                    *Action No. 4:21-cv-12049*

                Defendants.
_____/

## ORDER

    The United States of America ("United States"), Michigan, Florida,

Minnesota and North Carolina, having declined to intervene in this consolidated

action, the Court rules as follows:

    IT IS ORDERED that,

1.   the redacted complaints in these consolidated cases (20-cv-10656 and 21-

     cv-12049) be unsealed and served upon the defendants by the relators;

2.   all other contents of the Court's file in this action remain under seal and

     not be made public or served upon the defendant, except for this Order

     and the United States' and the States' Joint Notice of Election to Decline

Intervention, which the relators will serve upon the defendants only after service of the redacted complaints;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this consolidated action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and Michigan, Florida, Minnesota and North Carolina;

5. the United States and Michigan, Florida, Minnesota and North Carolina may order any deposition transcripts and are entitled to intervene in this consolidated action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States and Michigan, Florida, Minnesota and North Carolina;

7. all orders of this Court shall be sent to the United States and Michigan, Florida, Minnesota and North Carolina; and

8. should the relator or the defendant propose that this consolidated action be dismissed, settled, or otherwise discontinued, the Court will solicit the

written consent of the United States and Michigan, Florida, Minnesota

and North Carolina before ruling or granting its approval.

    IT IS SO ORDERED,

Dated: March 18, 2024                <u>s/ Paul D. Borman</u>
                                              Paul D. Borman
                                              United States District Judge